# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CROWDSTREET, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>BDR CAPITAL, LLC,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-1820 MJP |

\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff is entitled to entry of default judgment in its favor in the principal sum of $224,671.06, and $16,900.89 in attorneys' fees and costs. Postjudgment interest shall accrue consistent with 28 U.S.C. § U.S.C. § 1961.

\\

\\

\\

\\

Dated April 6, 2023.

                                              <u>Ravi Subramanian</u>
                                              Clerk of Court

                                              <u>s/ Serge Bodnarchuk</u>
                                              Deputy Clerk